427 A.2d 649

**COMMONWEALTH of Pennsylvania**

v.

**Donald PERKINS, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 2, 1981.

Decided April 15, 1981.

James H. McCune and Edward C. M. Morascyzk, Washington, for appellant.

Herman Bigi, Dist. Atty., Daniel L. Chunks, Washington, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence and Order of the Court of Common Pleas of Washington County are affirmed.